459 A.2d 23

Commonwealth v. Slacum, Appellant.
Petition for Allowance of Appeal
Denied July 20, 1983.

Submitted February 8, 1983. Arthur G. Girton, for appellant; Helen T. Kane, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, CIRILLO and LIPEZ, JJ.

Judgment of sentence affirmed.